IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ANTON CORNELIUS MITCHELL, <br> Plaintiff, | : <br> : <br> : | PRISONER CIVIL RIGHTS <br> 42 U.S.C. § 1983 |
| v. | : <br> : | |
| CLAYTON COUNTY <br> DETENTION CENTER et al., <br> Defendants. | : <br> : <br> : | CIVIL ACTION NO. <br> 1:12-CV-3268-TWT-LTW |

## FINAL REPORT AND RECOMMENDATION

Plaintiff is confined at the Clayton County Detention Center in Jonesboro, Georgia. Plaintiff, pro se, seeks damages in this action under 42 U.S.C. § 1983. (Doc. 1.)

On October 2, 2012, the Court directed Plaintiff to submit, within thirty days, either the filing fee for this action or a signed affidavit in support of a request to proceed *in forma pauperis*. (Doc. 3.) The Court also gave Plaintiff an opportunity to file an amended complaint. (*Id.*) The Order advised Plaintiff that failure to comply may result in dismissal of this action. (*Id.*) Plaintiff has not submitted the filing fee or a signed affidavit or otherwise responded to the Court's Order, and the deadline for doing so has passed.

Accordingly, the undersigned **RECOMMENDS** that this action be **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to comply with a lawful order of the Court. *See* Fed. R. Civ. P. 41(b); LR 41.3A(2), NDGa.

**SO RECOMMENDED** this 16 day of November, 2012.

_____
LINDA T. WALKER
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)