IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ANTON CORNELIUS MITCHELL,

   Plaintiff,

     v.

CLAYTON COUNTY DETENTION
CENTER, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:12-CV-3268-TWT

## ORDER

This is a pro se prisoner civil rights action. It is before the Court on the Report and Recommendation [Doc. 4] of the Magistrate Judge recommending that the action be dismissed for failure to submit the filing fee. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 13 day of December, 2012.

             /s/Thomas W. Thrash
             THOMAS W. THRASH, JR.
             United States District Judge